No. 73–203. EISEN *v.* CARLISLE & JACQUELIN ET AL., 417 U. S. 156. Motion of petitioner to assess costs denied.

No. 73–477. GERSTEIN *v.* PUGH. C. A. 5th Cir. [Restored to calendar for reargument, 416 U. S. 933.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted.

No. 73–434. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. *v.* BRADLEY ET AL.;

No. 73–435. ALLEN PARK PUBLIC SCHOOLS ET AL. *v.* BRADLEY ET AL.; and

No. 73–436. GROSSE POINTE PUBLIC SCHOOL SYSTEM *v.* BRADLEY ET AL., 418 U. S. 717. Motion of respondents to require each party to bear its own costs denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant the motion.

No. 73–628. ALLENBERG COTTON CO., INC. *v.* PITTMAN. Appeal from Sup. Ct. Miss. [Probable jurisdiction postponed, 415 U. S. 988.] Motion to strike all or certain portions of brief filed by American Cotton Shippers Assn. as *amicus curiae* denied.

No. 73–690. AIR POLLUTION VARIANCE BOARD OF COLORADO *v.* WESTERN ALFALFA CORP., 416 U. S. 861. Motion of respondent to reassess costs denied.

No. 73–711. CRYAN, SHERIFF, ET AL. *v.* HAMAR THEATRES, INC., ET AL. Appeal from D. C. N. J. [Probable jurisdiction noted, 416 U. S. 954.] Motion of appellees for divided argument granted; however, no additional time granted.